## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHRISTOPHER MARLOWE** (DPSC#558725) | : | CIVIL ACTION |
| | : | NO. 18-63-BAJ-EWD |
| **VERSUS** | : | JUDGE BRIAN A. JACKSON |
| **JAMES LEBLANC, ET AL** | : | MAG. JUDGE ERIN WILDER-DOOMES |

*************************************************************************

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE:**

The Defendants joining in this Notice of Appeal are listed below as they were named by the Plaintiff in his Second Amended Complaint, rec. doc. 64, which is the operative complaint.

STATE OF LOUISIANA through the DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS (hereinafter "DOC"), a political subdivision and/or agency of the State of Louisiana, legislatively created and capable of suing and being sued;

JAMES W. LEBLANC (hereinafter "SECRETARY LEBLANC"), a person of the full age of majority and a resident of the State of Louisiana, in his official capacity as Secretary of the Louisiana DOC;

DR. RAMAN SINGH (hereinafter "DR. RAMAN SINGH"), a person of the full age of majority and a resident of the State of Louisiana, in his official capacity as the *former* medical and mental health director at the Louisiana DOC;

DR. PAM HEARD (hereinafter "DR. HEARD"), a person of the full age of majority and a resident of the State of Louisiana, in her official capacity as the *former* interim medical and mental health director at the Louisiana DOC;

DR. JOHN MORRISON (hereinafter "DR. MORRISON"), a person of the full age of majority and a resident of the State of Louisiana, in his official capacity as the medical and mental health director at the Louisiana DOC;

WARDEN TIMOTHY HOOPER (hereinafter "HOOPER"), a person of the full age of majority and a resident of the State of Louisiana, in his official and personal capacities as the Warden of Elayn Hunt Correctional Center [EHCC], a facility owned and operated by the State of Louisiana through the Department of Public Safety and Corrections;

DEPUTY WARDEN STEPHANIE MICHEL (hereinafter "MICHEL"), a person of the full age of majority and a resident of the State of Louisiana, in her official and personal

capacities as the deputy warden of medical care at EHCC, a facility owned and operated by the State of Louisiana through the Department of Public Safety and Corrections;

ASSISTANT WARDEN MORGAN LEBLANC ("hereinafter "MORGAN LEBLANC"), a person of the full age of majority and a resident of the State of Louisiana, in his official and personal capacities as the *former* assistant warden responsible for menu development and meal planning at EHCC;

ASSISTANT WARDEN DARRYL CAMPBELL (hereinafter "CAMPBELL"), a person of the full age of majority and a resident of the State of Louisiana, in his official and personal capacities as an assistant warden responsible for menu development and meal planning at EHCC;

DR. PREETY SINGH (hereinafter "DR. PREETY SINGH"), a person of the full age of majority and a resident of the State of Louisiana, in her official and personal capacities as the medical director at EHCC;

GAIL LEVY (hereinafter "LEVY"), a person of the full age of majority and a resident of the State of Louisiana, in her individual and official capacities as the food manager at EHCC;

FALLON STEWART (hereinafter "STEWART"), a person of the full age of majority and a resident of the State of Louisiana, in his individual and official capacities as a *former* emergency medical technician ("EMT") at EHCC;

JONATHAN TRAVIS (hereinafter "TRAVIS"), a person of the full age of majority and a resident of the State of Louisiana, in his official and personal capacities as a pharmacist at EHCC;

MASTER SGT. ANGEL HORN (hereinafter "HORN"), a person of the full age of majority and a resident of the State of Louisiana, in her official and personal capacities as a correctional officer working at the Pill Call window at EHCC;

MASTER SGT. ROLANDA PALMER (hereinafter "PALMER"), a person of the full age of majority and a resident of the State of Louisiana, in her official and personal capacities as a correctional officer working at the Pill Call window at EHCC;

SGT CHERMAINE BROWN (hereinafter "BROWN"), a person of the full age of majority and a resident of the State of Louisiana, in her official and personal capacities as a correctional officer working at the Pill Call window at EHCC; and

SGT. CHAMEKA JOHNSON

Rec. Doc. 64, Plaintiff's operative Second Amended Complaint, at pp. 4-6, ¶9.

The abovelisted Defendants hereby notify this Honorable Court and all parties to this action that they are taking an appeal, to the United States Fifth Circuit Court of Appeals, from the Ruling

and Order issued by this Honorable Court on October 26, 2020,[1] which granted, in part, Defendants' Motion to Dismiss.

In particular, the Defendants appeal from the denial of qualified immunity to each of the Defendants.

Respectfully Submitted on November 24, 2020,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:   *s/Phyllis E. Glazer*
**PHYLLIS E. GLAZER (#29878)** (Lead Counsel)
**ASSISTANT ATTORNEY GENERAL**

**Louisiana Department of Justice**
Litigation Division, Civil Rights Section
1885 North Third Street, 4th Floor
Post Office Box 94005 (70804-9005)
Baton Rouge, Louisiana 70802
Telephone:    225-326-6300
Facsimile:    225-326-6495
E-mail:    GlazerP@ag.louisiana.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on November 24, 2020, I electronically filed the foregoing using the Court's CM/ECF system, which will provide a Notice of Electronic Filing to all counsel of record. I further certify that all parties to this action are represented by CM/ECF participants.

*s/Phyllis E. Glazer*
**PHYLLIS E. GLAZER**

---

[1] Rec. Doc. 136 – Ruling and Order.

3